1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9   JERRY WAYNE STALLINGS,

10                                  Plaintiff,
                                                        Case No. 10-5388RBL/JRC
11         v.
                                                        ORDER ADOPTING REPORT AND
12   CHIEF BRUCE HALL, *et al*.,                        RECOMMENDATION

13                                  Defendants.

14

15         The Court having reviewed the Report and Recommendation of the Hon. J. Richard

16  Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any,

17  and the remaining record, does hereby find and Order:

18         (1)     The Court adopts the Report and Recommendation.

19         (2)     Plaintiff's motion to voluntarily dismiss the action is GRANTED.
20                 Plaintiff must still pay the full filing fee.

21         (3)     The clerk is directed to send copies of this Order to Plaintiffs, and the
                   Hon. J. Richard Creatura.
22

23         DATED this 7th day of August, 2010.

24

25

26                                  RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE

ORDER - 1