# United States District Court

WESTERN DISTRICT OF WASHINGTON

JERRY WAYNE STALLINGS

v.

CHIEF BRUCE HALL, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5388RBL/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion to voluntarily dismiss the action is GRANTED. Plaintiff must still pay the full filing fee.


| August 10, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |